# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Luis B Penaflor | § | Case No. 13-23580 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on January 7, 2014 in courtroom 615 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld _____
                                                 Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Luis B Penaflor | § | Case No. 13-23580 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,161.58 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,161.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $         1,040.40 | $            0.00 | $        1,040.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,040.40 |
| Remaining Balance | $ | 3,121.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,463.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $        3,085.31 | $        0.00 | $        410.42 |
| 2 | American Infosource Lp As Agent For | $        1,317.94 | $        0.00 | $        175.32 |
| 3 | American Express Centurion Bank | $      10,947.84 | $        0.00 | $      1,456.32 |
| 4 | Cavalry Spv I, Llc | $        7,880.22 | $        0.00 | $      1,048.26 |
| 5 | American Infosource Lp As Agent For | $          231.99 | $        0.00 | $        30.86 |

Total to be paid to timely general unsecured creditors    $            3,121.18

Remaining Balance    $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: <u>Deborah M. Gutfeld</u>

Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-23580-JSB
Luis B Penaflor                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 1          Date Rcvd: Dec 02, 2013
                              Form ID: pdf006       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2013.
db        +Luis B Penaflor,    2512 S. Trumbull Ave.,    Apt. 2R,   Chicago, IL 60623-3953
20578584  +Advance Medical Imaging Center,    111 N. Wabash Ave.,    Suite 620,   Chicago, IL 60602-1914
20578585  +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
21010652   American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21129140  +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
            El Segundo, CA 90245-3504
20578586  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,    PO Box 982235,   El Paso, TX 79998)
20578587  +Blatt, Hasenmiller ET AL,    125 South Wacker Drive,    Suite 400,   Chicago, IL 60606-4440
20578592  ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
            Kansas City, MO 64195)
21059069  +Cavalry SPV I, LLC assignee of Bank of America/FIA,    Cavalry SPV I, LLC,
            500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20578589  +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
20578590  +Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
20578591  +Chase- Bp,    Po Box 15298,   Wilmington, DE 19850-5298
20578593  +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20578595  +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
20578597  +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
20578599  +Unifund CCR Partners,    c/o Blatt Hasenmiller ET Al,    125 S. Wacker Dr., #400,
            Chicago, IL 60606-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20834656   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2013 02:15:05
            American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
            Oklahoma City, OK   73126-8941
20578588  +E-mail/Text: bankruptcy@cavps.com Dec 03 2013 02:01:29      Calvary Portfolio Services,
            Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
20578594  +E-mail/Text: bknotice@erccollections.com Dec 03 2013 02:00:43      Enhanced Recovery Corp,
            Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20578596  +E-mail/Text: bankruptcydpt@mcmcg.com Dec 03 2013 02:00:34      Midland Funding,
            8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20578598   E-mail/PDF: cbp@slfs.com Dec 03 2013 01:53:19      Springleaf Financial Services,
            20 N. Clark Street,    Suite 2600,   Chicago, IL 60602
20578600  +E-mail/Text: vci.bkcy@vwcredit.com Dec 03 2013 02:00:51      Volkswagen Credit Inc,
            National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                      TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2013 at the address(es) listed below:
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
            dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Frank G. Cortese    on behalf of Debtor Luis B Penaflor CorteseLaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 3