UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Luis B Penaflor § Case No. 13-23580
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Volkswagen Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75241 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance Medical Imaging Center 111 N. Wabash Ave. Suite 620 Chicago, IL 60602 | | | | | |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | |
| | Bank Of America PO Box 982235 El Paso, TX 79998 | | | | | |
| | Blatt, Hasenmiller ET AL 125 South Wacker Drive Suite 400 Chicago, IL 60606 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Dr. Suite 400 Valhalla, NY 10595 | | | | | |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 |  |  |  |  |  |
|  | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 |  |  |  |  |  |
|  | Springleaf Financial Services 20 N. Clark Street Suite 2600 Chicago, IL 60602 |  |  |  |  |  |
|  | Unifund CCR Partners c/o Blatt Hasenmiller ET Al 125 S. Wacker Dr., #400 Chicago, IL 60606 |  |  |  |  |  |
| 3 | American Express Centurion Bank |  |  |  |  |  |
| 1 | American Infosource Lp As Agent For |  |  |  |  |  |
| 2 | American Infosource Lp As Agent For |  |  |  |  |  |
| 5 | American Infosource Lp As Agent For |  |  |  |  |  |
| 4 | Cavalry Spv I, Llc |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-23580 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Luis B Penaflor | | | | Date Filed (f) or Converted (c): | 06/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/29/2013 |
| For Period Ending: | 08/13/2014 | | | | Claims Bar Date: | 10/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Citibank (Account Frozen, Citation To Disco | 7,261.58 | 0.00 | | 4,161.58 | FA |
| 2. Checking Account & Savings Account Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Furniture | 900.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| 5. 2012 Vw Golf 18,000 Miles | 17,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $26,361.58         $0.00                              $4,161.58         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on June 30, 2014.

RE PROP #       1  --   Per Amended Schedule B: Checking Account Citibank (Account Frozen, Citation to
                        Discover Assets issued 4/4/13, continued 5/9/13)
                        Plaintiff: Unifund CCR Partners, 2012 M1-170918
                        Non Exempt amount: $4,161.58
                        Checking Account & Savings Account
                        Citibank

Initial Projected Date of Final Report (TFR): 06/30/2014          Current Projected Date of Final Report (TFR): 06/30/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-23580　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: DEBORAH M. GUTFELD
Case Name: Luis B Penaflor　　　　　　　　　　　　　　　　　　　　Bank Name: Associated Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX6375
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No:　　　　　　　　　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $100,000.00
For Period Ending: 08/13/2014　　　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/06/13 | 1 | Luis B. Penaflor<br>2512 S. Trumbull Ave.<br>Chicago, IL 60623 | Payment of non-exempt cash | 1129-000 | $4,161.58 | | $4,161.58 |
| 01/08/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,040.40 | $3,121.18 |
| 01/08/14 | 102 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Distribution | | | $585.74 | $2,535.44 |
| | | American Infosource Lp As Agent For | Final distribution to claim 1　　($410.42) representing a payment of 13.30 % per court order. | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 2　　($175.32) representing a payment of 13.30 % per court order. | 7100-000 | | | |
| 01/08/14 | 103 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 13.30 % per court order. | 7100-000 | | $1,456.32 | $1,079.12 |
| 01/08/14 | 104 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution to claim 4 representing a payment of 13.30 % per court order. | 7100-000 | | $1,048.26 | $30.86 |
| 01/08/14 | 105 | American Infosource Lp As Agent For Directv, Llc<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, Ca 90245 | Final distribution to claim 5 representing a payment of 13.30 % per court order. | 7100-000 | | $30.86 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,161.58 | $4,161.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,161.58 | $4,161.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,161.58 | $4,161.58 |

Page Subtotals:　　　　$4,161.58　　　$4,161.58

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6375 - Checking | $4,161.58 | $4,161.58 | $0.00 |
|  | $4,161.58 | $4,161.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,161.58 |
| Total Gross Receipts: | $4,161.58 |

Page Subtotals:               $0.00       $0.00